UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA D. ROE, | No. 2:18-cv-13536-GCS-APP |
| Plaintiff, | |
| v. | Honorable Judge George Caram Steeh |
| ROOSEN, VARCHETTI & OLIVER, PLLC and CREDIT ACCEPTANCE CORPORATION, | Honorable Magistrate Anthony P. Patti |
| Defendant. | |

**ORDER ON PLAINTIFF'S**
**MOTION TO STAY BRIEFING SCHEDULE**

This Matter, having come before the Court on Plaintiff's Motion to Stay Briefing Schedule pursuant to Rule 6(b), and the Court having considered the matter, it is hereby ORDERED:

1. Plaintiff's Motion to Stay Briefing Schedule is hereby GRANTED in its entirety.

2. The currently entered briefing schedule in connection with Roosen Varchetti & Oliver's Motion for Summary Judgment and Alternative Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby stayed pending the Court's Order on Plaintiff's Motion for Leave to File First Amended Complaint.

IT IS SO ORDERED:

Dated: APR 2 2 2019

/s/ _____
Judge, U.S. District Court
**GEORGE CARAM STEEH**