UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA D. ROE,

   Plaintiff,

vs.

   Case No. 18-CV-13536
   HON. GEORGE CARAM STEEH

ROOSEN, VARCHETTI
& OLIVER, et al.,

   Defendants.
_____/

## ORDER TO SHOW CAUSE

   Plaintiff Angela Roe brought this suit against Defendants Roosen, Varchetti & Oliver, PLLC, ("Roosen"), and Credit Acceptance Corporation's ("Credit Acceptance") for their attempts to garnish her wages for a debt not owed by her in alleged violation of the Fair Debt Collection Practices Act ("FDCPA") and under Michigan law. Defendants filed a motion for summary judgment. Before her response to that motion was due, Plaintiff filed a motion to amend her Complaint. The court then granted Plaintiff's motion to stay the briefing schedule for the summary judgment motion pending the court's decision on her motion to amend. The court has now reviewed the submissions, including Defendants' motion for summary judgment. In their motion, Defendants raise the issue of whether this court

has Article III subject matter jurisdiction on the grounds that Plaintiff cannot show any concrete harm as her wages were never actually garnished, nor has Plaintiff demonstrated any harm other than confusion in this case of mistaken identity, which allegedly is not a cognizable harm under the FDCPA.  Because the question of whether this court has subject matter jurisdiction must be resolved first, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for lack of standing in a brief of not more than 14 pages to be filed on or before May 14, 2019.  *See Macy v. GC Servs. Ltd. P'ship*, 897 F.3d 747 (6th Cir. 2018).  Defendants may file a reply brief of not more than 7 pages on or before May 21, 2019.

**IT IS SO ORDERED**.

Dated:  April 29, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 29, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk