## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| ANGELA D. ROE, | |
| Plaintiff, | |
| v. | 2:18-cv-13536-GCS-APP |
| ROOSEN, VARCHETTI & OLIVER, PLLC and CREDIT ACCEPTANCE CORPORATION, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY ALL DEADLINES**

Counsel for Plaintiff, ANGELA D. ROE, by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Motion to Stay and Reset all Pending Deadlines and the Court having reviewed same, hereby ORDERED.

1. All pending deadlines set forth in this Court's Scheduling Order entered on January 23, 2019 are stayed pending this Court's decision of Plaintiff's Motion for Leave to File her First Amended Complaint and this Court's ruling on Order to Show Cause.

s/George Caram Steeh
United States District Judge

Dated: June 4, 2019