# Exhibit B

Original - Court    2nd copy - Garnishee
1st copy - Plaintiff    3rd copy - Defendant

Approved, SCAO

| STATE OF MICHIGAN 91st JUDICIAL DISTRICT JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE 149826 | CASE NO. 1518447GC1 |

**Court address**: 325 Court St, Sault Ste. Marie, MI 49783    **Court telephone no.**: 906/635-7614

**Plaintiff's name, address, and telephone no. (judgment**
CREDIT ACCEPTANCE CORPORATION

v

**Defendant's name, address, and telephone no. (judgment**
Angela Roe
32 Red Cedar Dr
Kincheloe MI 49788

**Plaintiff's attorney, bar no., address, and telephone no.**
ROOSEN, VARCHETTI & OLIVIER, PLLC
P.O. Box 2305
Mount Clemens, MI 48046
586/868-2737

**Garnishee's name and address**
National Realty Centers, Inc.
c.o. Craig Lescoe
116 W Main Street
Northville, MI 48167

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on **10/29/15** and received by garnishee on **10/30/18**
   - [X] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on **10/31/18**
   - [ ] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
   - [ ] c. The garnishee will not withhold payments under the writ of garnishment. The writ of garnishment was served after the deadline date for service and the writ is invalid.

2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   - [ ] a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____
   - [ ] b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   
   Description of property, money, negotiable instruments, etc. under garnishee's control _____ Type of account and account number, if applicable _____
   
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   - [ ] c. Withholding is exempt because _____ State the exemption and legal authority
   
   **Periodic Garnishments**
   - [ ] d. The garnishee is not obligated to pay the defendant during the period of the writ.
     Reason: [ ] not employed. [ ] other _____
   - [X] e. The garnishee is obligated to pay the defendant during the period of the writ.
     Payments are for [X] earnings. [ ] nonearnings **COMMISSION ONLY**
     Payments are made [ ] weekly. [ ] biweekly. [ ] semimonthly. [ ] monthly. [X] other: **COMMISSION ONLY**
     
     A higher priority writ/order [ ] is [X] is not currently in effect. If a higher priority writ/order is in effect, complete the following.
     
     Name of court that issued higher priority writ/order _____ Case number _____ Date issued _____ Date served _____
     
     Withholding under this writ
     - [X] will begin immediately if sufficient funds are available.
     - [ ] will not begin immediately because defendant is [ ] laid off. [ ] sick. [ ] on leave. [ ] other: _____

I declare that the statements above are true to the best of my information, knowledge, and belief.

**10/31/18**
Date      Garnishee/Agent/Attorney signature

I certify that:
on **10/31/18** I mailed or personally delivered the original of this disclosure to the court.
on **10/31/18** I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on **10/31/18** I mailed or personally delivered a copy of this disclosure to the defendant.

**10/31/18**
Date      Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure.** See item 3 of the instructions for details.

MC 14 (4/18) GARNISHEE DISCLOSURE      15 USC 1672, 15 USC 1673, MCR 3.101