UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA D. ROE,

        Plaintiff,

v.

ROOSEN, VARCHETTI &
OLIVIER, PLLC and
CREDIT ACCEPTANCE
CORPORATION,

        Defendants.
_____/

Case No. 2:18-cv-13536
District Judge George Caram Steeh
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANT ROOSEN, VARCHETTI & OLIVIER, PLLC'S MOTION TO COMPEL PRODUCTION OF PLAINTIFF'S TAX RETURNS (DE 39)

This matter is before the Court for consideration of Defendant Roosen, Varchetti & Olivier, PLLC's (RVO's) motion to compel production of Plaintiff's tax returns for the years 2014 to 2018 and documents related to Plaintiff's request for attorneys' fees and costs (DE 39), Plaintiff's response in opposition (DE 45), RVO's reply (DE 47), and the parties' Joint List of Unresolved Issues, in which Plaintiff acknowledged she is no longer seeking attorneys' fees and costs (DE 48 at 1). Judge Steeh referred this motion for hearing and determination (DE 42).

RVO's motion came before the Court for a hearing on September 4, 2019, at which attorneys Kathleen Klaus, Stephen King, Eric Coleman, and Nathan

Volheim appeared, the latter two telephonically. Having considered the motion papers and the oral argument of counsel, and for the reasons stated on the record, which are incorporated herein by reference, RVO's July 30, 2019 motion to compel (DE 39), as narrowed by the joint list of unresolved issues (DE 48), is **GRANTED**. Plaintiff must comply with RVO's request for production of her tax returns for the years 2014 to 2018 within 10 days of the parties obtaining entry of a stipulated protective order.

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A)(ii) and (iii), the Court awards no costs. Plaintiff's non-disclosure was substantially justified, as the matter required a ruling by the Court.

**IT IS SO ORDERED.**

Dated: September 4, 2019      s/*Anthony P. Patti*
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE