UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA D. ROE,

    Plaintiff,

v.

ROOSEN, VARCHETTI &
OLIVIER, PLLC and
CREDIT ACCEPTANCE
CORPORATION,

    Defendants.
_____/

Case No. 2:18-cv-13536
District Judge George Caram Steeh
Magistrate Judge Anthony P. Patti

**ORDER DENYING AS MOOT DEFENDANT ROOSEN, VARCHETTI & OLIVIER, PLLC'S MOTION TO COMPEL AN INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF (DE 41), AND DIRECTING CLERK'S OFFICE TO AMEND THE CASE CAPTION TO THE CORRECT SPELLING OF ROOSEN, VARCHETTI & OLIVIER, PLLC**

This matter is before the Court for consideration of Defendant Roosen, Varchetti & Olivier, PLLC's (RVO's) motion to compel an independent medical examination of Plaintiff pursuant to Federal Rule of Civil Procedure 35(a)(2) (DE 41), Plaintiff's response in opposition (DE 46), RVO's reply (DE 47), and the parties' Joint List of Unresolved Issues (DE 48). Judge Steeh referred this motion for hearing and determination (DE 42).

RVO's motion came before the Court for a hearing on September 4, 2019, at which attorneys Kathleen Klaus, Stephen King, Eric Coleman, and Nathan

Volheim appeared, the latter two telephonically.  Pursuant to the parties' stipulation on the record at the hearing, RVO's July 31, 2019 motion to compel an independent medical examination of Plaintiff (DE 41) is **DENIED** as moot. Further, the Court orders that the Clerk's Office amend the case caption to the correct spelling of Roosen, Varchetti & Olivier, PLLC.

   **IT IS SO ORDERED.**

Dated: September 4, 2019          s/*Anthony P. Patti*
                                           Anthony P. Patti
                                           UNITED STATES MAGISTRATE JUDGE