## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| ANGELA D. ROE, | |
| Plaintiff, | |
| v. | 2:18-cv-13536-GCS-APP |
| ROOSEN, VARCHETTI & OLIVIER, PLLC and CREDIT ACCEPTANCE CORPORATION, | |
| Defendants. | |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO COMPLY WITH COURT'S ORDER ENTERED ON SEPTEMBER 5, 2019

Counsel for Plaintiff, ANGELA D. ROE, by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Motion to Extend Deadline to Comply with Court's Order Entered on September 5, 2019 and the Court having reviewed same, hereby ORDERED.

1. Plaintiff's Motion to Extend Deadline to Comply with Court's Order Entered on September 5, 2019, is GRANTED.

2. Plaintiff shall be given 45 days from the date the Agreed Protective Order was entered in this case to provide both Defendants copies of her tax returns from the last four years.

Dated: September 20, 2019

<u>s/George Caram Steeh</u>
U.S. District Judge