UNITED STATES DISTRCIT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA D. ROE,

    Plaintiff,                                           Case No. 2:18-cv-13536

vs.

ROOSEN, VARCHETTI & OLIVIER,
PLLC and CREDIT ACCEPTANCE
CORPORATION,

    Defendants.

_____/

**ROOSEN VARCHETTI & OLIVIER, PLLC'S UNOPPOSED MOTION
FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT**

        Roosen Varchetti & Olivier, PLLC ("RVO") states as follows for its Unopposed Motion for Leave to File Second Motion for Summary Judgment:

        1.      On March 22, 2019, RVO filed a motion to dismiss for lack of subject matter jurisdiction and an alternative motion for summary judgment. *See* Dkt.# 18, PageID 105 – 135.

        2.      On June 19, 2019, the Court resolved several motions, including RVO's motion addressed to the Court's jurisdiction. The Court denied that motion, in part, and denied as moot RVO's motion for summary disposition. *See* June 19, 2019 Order, Dkt.# 33, PageID 195 – 214.

        3.      Local Rule 7.1(b)(2) permits a party to file only one motion for summary judgment, absent leave of court.

03201822 v1

4. In denying RVO's prior motion for summary judgment as being moot, the Court found that the issues raised in that motion were more properly raised after "full factual development in the context of a motion for summary judgment." *See* PageID 206.

5. The parties have concluded discovery and seek to both renew some arguments raised in its prior motion that were not addressed by the Court because of the procedural context of the case and raise new issues based on the discovery conducted.

6. Plaintiff does not oppose the relief sought.

WHEREFORE, there being no just cause otherwise, RVO respectfully asks the Court to grant it leave to file a second motion for summary judgment.

Respectfully submitted,

MADDIN HAUSER ROTH & HELLER, P.C.

 */s/ Kathleen H. Klaus*
Kathleen H. Klaus
*Attorney for Defendant RVO*
28400 Northwestern Highway
Southfield, MI 48034
(248) 359-7520
kklaus@maddinhauser.com
Attorney Bar No. P67207

Dated: December 30, 2019

## CERTIFICATE OF SERVICE

     I hereby certify that on December 30, 2019 I electronically filed the above document(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to those who are currently on the list to receive e-mail notices for this case.

                                             */s/ Kathleen H. Klaus*
                                             Kathleen H. Klaus (P67207)
                                             Maddin, Hauser, Roth & Heller, P.C.
                                             Attorneys for Defendant RVO only
                                             28400 Northwestern Highway
                                             2nd Floor
                                             Southfield, MI  48034
                                             (248) 359-7520
                                             kklaus@maddinhauser.com
                                             Attorney Bar No. P67207

DATED: December 30, 2019